PROB 12C
(6/16)

Report Date: January 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Manuel Augustine Erickson | Case Number: 0980 2:17CR00229-TOR-17 |
| Address of Offender: ███████████████ | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 19, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute A Mixture or Substance Containing A Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 14, 2022) | Prison - 6 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: December 22, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido |
| | Date Supervision Expires: December 21, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/05/2023.

On December 27, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Erickson, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about January 18, 2023, Manuel Erickson allegedly violated special condition number 4 by consuming fentanyl. |
| | On January 18, 2023, this officer received notification from Spokane Addiction Recovery Center (SPARC) that the offender was subject to random urinalysis testing and provided a |

Prob12C
**Re: Erickson, Manuel Augustine**
**January 20, 2023**
**Page 2**

urine sample that was presumptive positive for fentanyl.

According to the information received, Mr. Erickson subsequently admitted to the use of fentanyl during his engagement in inpatient treatment with SPARC.

5    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On or about January 18, 2023, Manuel Erickson allegedly violated special condition number 3 by being unsuccessfully discharged from inpatient treatment with SPARC.

On January 18, 2023, the undersigned was contacted by treatment staff at SPARC. This officer was informed that the offender was unsuccessfully discharged from inpatient treatment on that date, after it was discovered that he had been consuming fentanyl during his engagement in treatment.

As of the writing of this report, Mr. Erickson has made no attempt to contact the assigned probation officer, and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 20, 2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C

Re: Erickson, Manuel Augustine
January 20, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

January 20, 2023

Date