PROB 12C
(6/16)

Report Date: January 29, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Manuel Augustine Erickson | Case Number: 0980 2:17CR00229-TOR-17 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 19, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 24 months / TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (December 14, 2022) | Prison - 6 months / TSR- 36 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: December 22, 2022 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: December 21, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/05/2023 and 01/20/2023.

On December 27, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Erickson, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or about November 2, 2023, Manuel Erickson allegedly violated mandatory condition number 1 by allegedly committing Second Degree Theft, in violation of RCW 9A.56.040(1)(a), and Second Degree Vehicle Prowling, in violation of RCW 9A.52.100(2).<br><br>According to the information available to this officer, on November 2, 2023, officers with the Sedro-Woolley Police Department (SWPD) made contact with the offender. After receiving notification that a computer tablet planted as bait by law enforcement had been stolen, the device was tracked to a vehicle, in which Mr. Erickson was a passenger. Other individuals in the vehicle told officers that the offender was responsible for prowling through a white truck, which is how he had gained possession of the computer tablet. |

Prob12C
**Re: Erickson, Manuel Augustine**
**January 29, 2024**
Page 2

After probable cause was established, Mr. Erickson was subsequently arrested and charged as outlined above. As of the writing of this report, the offender is incarcerated at the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

January 29, 2024
Date